FILED' 10 JAN 15 14:43 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESUS ORNELAS
ANDRES ORNELAS
JORGE HERNANDEZ VILLEGAS, and
AUSTREBERTO CORNEJO,

    Plaintiffs,

vs.

BUILDING MATERIALS HOLDING
CORPORATION, a Delaware corporation,
BMC WEST CORPORATION, a
Delaware corporation,
VILLA RODRIGUEZ CONSTRUCTION,
LLC, a domestic limited liability company,
CRISTOBAL VILLA, individually, and
SALVADOR MIRANDA DIAZ,
individually,

    Defendants.

Civil No. 3:09-CV-669-MO

DEFAULT JUDGMENT AGAINST
DEFENDANT VILLA RODRIGUEZ
CONSTRUCTION, LLC

    Defendant Villa Rodriguez Construction, LLC having failed to plead or otherwise defend, default having been entered against it, and the Court being otherwise fully advised: Now,

Page 1 - DEFAULT JUDGMENT AGAINST VILLA RODRIGUEZ CONSTRUCTION

therefore,

    IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of plaintiff Jesus Ornelas and against Villa Rodriguez Construction in the amount of ten thousand five hundred and sixty-six dollars and twenty-three cents ($10,566.23).

2. Judgment is entered in favor of plaintiff Andres Ornelas and against Villa Rodriguez Construction in the amount of seven thousand nine hundred and three dollars and thirty-one cents ($7,903.31).

3. Judgment is entered in favor of plaintiff Jorge Hernandez and against Villa Rodriguez Construction in the amount of eight thousand two hundred and forty-two dollars and twenty-one cents ($8,242.21).

4. Judgment is entered in favor of plaintiff Austreberto Cornejo and against Villa Rodriguez Construction in the amount of five thousand seven hundred and forty-three dollars and sixty cents ($5,743.60).

It is further ORDERED, ADJUDGED, AND DECREED that plaintiffs are entitled to their costs and reasonable attorneys fees pursuant to 29 U.S.C. §216(b), ORS 652.200 and ORS 653.055 and may apply therefor within the time prescribed by Fed. R. Civ. P 54(d)(2).

DATED this 15 day of _____, 2010.

_____
Michael W. Mosman
United States District Judge

Page 2- DEFAULT JUDGMENT AGAINST VILLA RODRIGUEZ CONSTRUCTION

Submitted by:

s/ David Henretty
David Henretty, OSB 03187
(503) 473-8684
Of Attorneys for Plaintiffs