FILED'10 FEB 10 16:35USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESUS ORNELAS
ANDRES ORNELAS
JORGE HERNANDEZ VILLEGAS, and
AUSTREBERTO CORNEJO,

Civil No. 3:09-CV-669-MO

Plaintiffs,

vs.

BUILDING MATERIALS HOLDING
CORPORATION, a Delaware corporation,
BMC WEST CORPORATION, a
Delaware corporation,
VILLA RODRIGUEZ CONSTRUCTION,
LLC, a domestic limited liability company,
CRISTOBAL VILLA, individually, and
SALVADOR MIRANDA DIAZ,
individually,

Defendants.

JUDGMENT AGAINST DEFENDANT
VILLA RODRIGUEZ CONSTRUCTION, LLC
FOR ATTORNEY'S FEES

A default judgment having been entered against defendant Villa Rodriguez Construction

in favor of plaintiffs on January 19, 2010, and plaintiffs having moved the Court for a judgment

Page 1 - JUDGMENT FOR ATTORNEY'S FEES

for attorney's fees; Now, therefore,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

Judgment for attorney's fees is entered in favor of plaintiffs and against Villa Rodriguez

Construction in the amount of two thousand seven hundred and ninety dollars ($2,790).

DATED this $10$ day of $Feb$ , 2010.

Michael W. Mosman
United States District Judge

Submitted by:

s/ David Henretty
David Henretty, OSB 03187
(503) 473-8684
Of Attorneys for Plaintiffs

Page 2 - JUDGMENT FOR ATTORNEY'S FEES